# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF WASHINGTON

In re

Olivier Francois Rigon and Christine Hui Seoun Kwon,

                    Debtors.

United States Trustee,

                    Plaintiff,

   v.

Olivier Francois Rigon and Christine Hui Seoun Kwon,

                    Defendants.

Case No. 21-11641-CMA

Adversary No. 22-01011-CMA

ORDER GRANTING PLAINTIFF'S MOTION TO REOPEN DISCOVERY FOR A LIMITED PURPOSE

THIS MATTER came before the Court upon the Plaintiff's Motion to Reopen Discovery for a Limited Purpose (the "Motion"). No timely response was filed. The Court has reviewed and considered the Motion and the evidence submitted in support the Motion.

The Court finds that:

1. Notice of the Motion was timely and adequate; and

2. The Motion is granted. Good cause exists pursuant to Fed. R. Civ. P. 16(b)(4) of

ORDER - 1

Office of the United States Trustee
700 Stewart Street
Suite 5103
Seattle, WA 98101-1271
206-553-2555, 206-553-2566 (fax)

the Federal Rules of Civil Procedure, as made applicable by Fed. R. Bankr. P. 7016(a), to reopen discovery for the limited purpose set forth in the Plaintiff's Motion.

Based upon the foregoing,

IT IS HEREBY ORDERED THAT:

The Court's First Amended Notice of Trial and Order Setting Deadlines (Dkt. No. 42) is hereby amended to revise Section 4.a. as follows:

> <u>Discovery</u>. The Plaintiff's discovery relating to the Defendants' purchase of their new home, as described in Plaintiff's Motion to Reopen Discovery for a Limited Purpose, shall be completed by **August 30, 2023**. All other discovery shall be completed by **February 17, 2023**.

///END OF ORDER///

Presented by:

Gregory M. Garvin
Acting U.S. Trustee for Region 18

*/s/ Ryan S. Moore*
Ryan S. Moore, WSBA #50098
Attorney for United States Trustee

ORDER - 2